## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:16-CR-451-VEH-TMP-1** |
| | ) | |
| **DANA MICHELLE FLIPPO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION AND ORDER

On March 23, 2017, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. (Doc. 26). On April 6, 2017, the Defendant filed objections to the magistrate judge's report and recommendation. (Doc. 27). Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the Defendant's objections, the magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. The Motion To Suppress filed by the Defendant (doc. 11) is hereby **DENIED**.

**DONE** and **ORDERED** this the 11th day of April, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge